NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3149

VENANCIO CABANAYAN,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in SF844E080686-I-1.

ON MOTION

## O R D E R

Venancio Cabanayan moves without opposition for leave to adopt the appendix filed by the Office of Personnel Management.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Steven P. Cohn, Esq.
        Tara K. Hogan, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2009

JAN HORBALY
CLERK